COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF ORDER ON MOTION

Cause number: 01-12-01111-CR & 01-12-01112-CR

Style: Joshua Matthew Flores

**v** The State of Texas

Date motion filed[*]: May 9, 2013

Type of motion: Motion for Extension of Time to File the Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

If motion to extend time:

Deadline to file document: May 10, 2013

Number of previous extensions granted: 1–60 days

Length of extension sought: 60 days

Appellant's Second Motion for Extension of Time to File the Appellant's Brief is **granted in part and denied in part.**

Appellant's brief in this case was originally due on March 11, 2013. It is the ordinary practice of this court to grant no more than 3 extensions of 30 days each. With her first motion for extension of time, appellant's counsel requested, and received, an extension of 60 days, to May 11, 2013.

Appellant's counsel is now requesting an additional 60 days to file the brief, extending the deadline to file the brief to July 10, 2013. The reason given for this extension request is counsel's two-week long illness.

Accordingly, we grant appellant's counsel a 45-day extension to file the brief. Appellant's brief is ordered to be filed by **June 28, 2013**. **No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
          ☑ Acting individually    ☐ Acting for the Court

          Panel consists of _____.

Date: May 14, 2013